## THE BARNEGAT.

## THE MONTANA.

MILLARD v. THE BARNEGAT AND THE MONTANA, (two cases.)[1]

(District Court, S. D. New York. April 3, 1893.)

SALVAGE—FIRE—BURNING LIGHTER—PUMPING—FIRE DEPARTMENT.

A tug which first began to play water upon a cotton lighter, on fire in a slip in the harbor of New York, and which assisted the city fire boats in getting to the fire, and which played water upon a side of the cotton which the fire department could not reach, and which continued her service for 12 hours, was *held* entitled to an award of $1,000 on a salvage of $28,000, though the major part of the work of extinguishing the fire was performed by the city fire boats and the land fire department, which arrived at the fire shortly after the tug began her work.

In Admiralty. Libel by Edwin E. Millard against the tugs Barnegat and Montana and their cargoes. Decrees for libelant.

Wilcox, Adams & Green, for libelant.
Robinson, Biddle & Ward, for claimants.

BROWN, District Judge. Considering that of the $30,000, the value of the Barnegat and her cargo at the time when the fire on her broke out, $28,000 was saved, the salvage services were unusually successful for a cotton fire. The major part of the service, however, was performed by the city fire boats Havemeyer, and the New York, and by the land fire department; although the Adelaide probably had her two streams playing upon the fire some two or three minutes before the hose of the land department was played. It was necessary also that the Barnegat should be removed, and that other boats which obstructed the approach of the Havemeyer should be pulled aside, to permit her to come in near where the Barnegat lay. The services of the Adelaide were important, both from her getting into action first, and because she was able to play upon the side of the cotton which the fire department on shore could not reach; also for her prompt assistance in aiding the Havemeyer to come in as soon as possible. These were, doubtless, the most important parts of her special service. After the barge was pulled out into the stream by the Havemeyer, there was in reality a sufficient force without the Adelaide's help. The Adelaide, nevertheless, continued her service along with the very much more powerful fire boats until the arrival at the Erie basin, when she was put in charge by the fire boats, which then left; and the Adelaide remained until about 11 o'clock the following day, making a continual service of nearly 12 hours in all.

The arrival, however, of such abundant means of relief, within 10 or 15 minutes at most after the Adelaide began her work, prevents any very large allowance to the Adelaide. She did not incur any material danger, nor was the service one of any special risk or difficulty to those engaged in it. But the necessity of prompt assist-

[1] Reported by E. G. Benedict, Esq., of the New York bar.

ance in the case of fire, and the great value of the earliest service in preventing such a fire from becoming very destructive, must also be considered and compensated. As respects the Barnegat and her cargo, an award of $1,000, as it seems to me, will be sufficient, and just to both parties under the circumstances of the case.

As respects the Montana, I think the service rendered in pulling her away should be regarded as of a salvage character, though of the lowest possible grade. There was no fire on board of her, and the danger to which she was exposed was small, and the means of relief not difficult. I am inclined to think that the Adelaide did pull upon her, as well as upon the other two barges, and assist in removing her a few rods from the immediate presence of the burning barge, partly for her own safety, and partly, also, to admit the Havemeyer for the purpose of pulling the Barnegat out of the position where she was threatening all the other boats in the slip. Fifty dollars will, I think, be a sufficient award for the service rendered to the Montana.

The amount allowed in each case will be distributed two thirds to the owners, and the other third to the officers and crews in proportion to their wages; the machinist Smithy to rank as one of the crew, and to share the same as the steward. Decrees accordingly.